AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **Juan Carlos MATIAS MARTINEZ** | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____**November 08, 2024**____ in the county of _____**Webb**_____ in the

____**Southern**____ District of ____**Texas**____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. ⊞ |

This criminal complaint is based on these facts:

On or about November 08, 2024 the defendant Juan Carlos MATIAS MARTINEZ was apprehended in Laredo, Texas. After a brief interview it was determined that, Juan Carlos MATIAS MARTINEZ was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Juan Carlos MATIAS MARTINEZ was previously REMOVED from the United States on 09/20/2024 at Del Rio, Texas. There is no record that Juan Carlos MATIAS MARTINEZ has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Adrian J. Davila

Submitted by reliable electronic
means per Fed.R.Crim.P. 4.1, Adrian Davila
sworn to and signature attested
telephonically on November 12, 2024,
at Laredo, Texas.

*Diana Song Quiroga*

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE